FILED
06 SEP 18 AM 9:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CASE NO. 06-CV-989 W (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On February 3, 2006 *pro se* Plaintiff Kenneth M. Jackson ("Plaintiff") filed a form complaint in San Diego Superior Court against Defendant. Defendant removed and the Court referred the case to the Honorable Nita L. Stormes, a United States Magistrate Judge, for a Report and Recommendation ("Report").

1   On August 9, 2006 Judge Stormes issued a Report advising this Court to grant Defendant's motion to dismiss. Objections to the Report were due by no later than September 8, 2006. To date, neither party has submitted timely objections nor requested additional time in which to do so.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise") (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) ("Of course, de novo review of a R & R is *only* required when an objection is made to the R & R) (emphasis added) (citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

//
//

1 | Here, Plaintiff has tendered no objections to the Report nor requested an extension of time in which to do so. The Court therefore accepts Judge Stormes' recommendation that Defendant's motion to dismiss be granted and **ADOPTS** the Report in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court **GRANTS** Defendant's motion to dismiss. (*Doc. No. 6-1*). This action is **DISMISSED** in its entirety. The district court clerk shall close the district court case file.

**IT IS SO ORDERED.**

DATE: September 15, 2006

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

CC: ALL COUNSEL
    HON. NITA L. STORMES, UNITED STATES MAGISTRATE JUDGE